# UNITED STATES DISTRICT COURT
for the

Western District of Washington

| | |
|---|---|
| United States of America<br>v.<br><br>Leobardo Santos-Pioquinto | Case No: CR11-5248BHS<br><br>USM No: 67634-208 |
| Date of Original Judgment: 02/07/12<br>Date of Previous Amended Judgment:<br>*(Use Date of Last Amended Judgment if Any)* | Dennis Carroll<br>*Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED.   ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of ___76___ months **is reduced to** ___70 months___.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated ___02/07/2012___ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 12/16/14

Effective Date: 11/01/2015
*(if different from order date)*

The Honorable Benjamin H. Settle, U.S. District Judge
*Printed name and title*